UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Richard Coleman</u>

            v.                         Case No. 09-cv-280-PB

<u>Bonville & Howard, et al.</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 20, 2010, no objection having been filed.

SO ORDERED.


February 9, 2010                /s/ Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge


cc:    Richard Coleman, Pro se
        Jeffrey Karlin, Esq.